UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TEREZIA CORNELL, et al.,<br><br>Defendants. | Case No. 19-cv-00626-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 25, 26 |

On August 13, 2019, Plaintiff The Variable Annuity Life Insurance Company filed two motions for default judgment, with motion hearings set for October 3, 2019. (Dkt. Nos. 25, 26.) On October 3, 2019, the Court held the hearings on Plaintiff's motions; Plaintiff, however, did not appear at the hearing. (Dkt. No. 31.)

Accordingly, the Court ORDERS Plaintiff to show cause, by **October 15, 2019**, why the motions for default judgment should not be denied by explaining why Plaintiff failed to appear at the motion hearing. The motion hearing is reset for **October 17, 2019** at **1:30 p.m.** Failure to respond to the order to show cause and appear at the hearing may result in the Court denying both motions for default judgment.

IT IS SO ORDERED.

Dated: October 7, 2019

KANDIS A. WESTMORE
United States Magistrate Judge