IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE VARIABLE ANNUITY LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

TEREZIA CORNELL, individually, and
TEREZIA CORNELL AS THE PERSONAL
REPRESENTATIVE OF THE ESTATE OF
JOHN CORNELL,

    Defendants.

No. C 19-00626 WHA

**JUDGMENT**

For the reasons stated in the accompanying order adopting report and recommendation to enter default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendants. The Variable Annuity Life Insurance Company is authorized to distribute decedent's employee voluntary annuity, number xxx5546, to decedent's siblings: primary beneficiary – Anne Moulding, sister, contingent beneficiary – Mary Rudloff, sister. Defendants are precluded from asserting any further claims against plaintiff related to decedent's employee voluntary annuity. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 19, 2019.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE